March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                              -v-

ALINA KUPTSOVA              ,
                              Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEOCONFERENCE**

20 -CR- 681 JPC (__)(__)

Defendant ___ALINA KUPTSOVA_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

____ Initial Appearance/Appointment of Counsel

**X** Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

____ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence


_Alina Kuptsova /By_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Alina Kuptsova_
Print Defendant's Name

_Victor Shulov_
Defense Counsel's Signature

_Victor Shulov_
Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing technology.

_12/21/20_
Date

_____
U.S. District Judge/U.S. Magistrate Judge