March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Alina Kuptsova,

    Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 681 (__)(__)

Defendant __Alina Kuptsova_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

/s/Alina Kuptsova
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Alina Kuptsova_____
Print Defendant's Name

_____
Defense Counsel's Signature

__Victor Shurlov_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__3/4/2021_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge